**Opinion issued November 21, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00858-CR

————————————

### IN RE KRISTINA SCHWEYER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Kristina Schweyer, proceeding pro se, filed a document titled, "Writ of Mandamus," arguing she "was a trafficking victim" and that "[t]he harassment was . . . unnecessary, witness tampering, and obstruction of justice."[1] Relator also

---

[1] The underlying case is *The State of Texas v. Kristina Schweyer*, Cause No. 21371130101A, in the County Criminal Court at Law, No. 15 of Harris County, Texas, the Honorable Tonya Jones presiding.

1

filed, on multiple occasions, documents titled, "Petition for a Writ of Prohibition," "Writ of Prohibition," and "Motion for Contempt."[2]

It is difficult to ascertain the remedy Relator seeks in her various filings. Relator's filings fail to comply with the Texas Rules of Appellate Procedure. There are no orders attached to any of the filed documents from which Relator purportedly seeks mandamus relief and no sworn record accompanies any of the filings. Relator's petitions are thus deficient. *See* TEX. R. APP. P. 52.3 (a)-(i), (j) (requiring inclusion of certification that petition is supported by competent evidence), (k) (requiring inclusion of certified or sworn copies of challenged orders), 52.7(a)(1) (requiring inclusion of sworn record); *In re Harrison*, No. 01-21-00531-CV, 2021 WL 4898073, *1 (Tex. App.—Houston [1st Dist.] Oct. 21, 2021, orig. proceeding) (mem. op.) (denying petition for writ of mandamus for failure to comply with Texas Rules of Appellate Procedure); *In re State ex rel. Glaser*, No. 06-20-00095-CR, 2020 WL 5163594, at *1 (Tex. App.—Texarkana Sept. 1, 2020, orig. proceeding) (mem. op.) ("We may deny a petition for a writ of mandamus for an inadequate record alone.").

---

[2] In this same mandamus proceeding, Relator also filed, on two occasions, a document titled, "Special Order" corresponding to trial court case, *Kristina Schweyer v. Ricardo Munoz*, Cause No. 202382062, in the 334th District Court of Harris County, Texas, the Honorable Dawn Rogers presiding.

We deny all petitions.  TEX. R. APP. P. 52.8(a).  All pending motions are denied as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.

Do not publish.  TEX. R. APP. P. 47.2(b).